IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD LEE HATCHER, #153577, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-0226-MEF |
| ) | [WO] |
| WILLIAM WYNNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

This cause is before the Court on the plaintiff's Objection to Order (Doc. #20) filed on May 24, 2013. Specifically, plaintiff objects to the Magistrate Judge's order of May 13, 2013 (Doc. #17) denying his motion for leave to amend his complaint. After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is  neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #20) is OVERRULED.  It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 19th day of June, 2013.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE