IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD LEE HATCHER, #153577, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-226-WHA |
| | ) | (WO) |
| | ) | |
| WILLIAM WYNNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the court on the Recommendation of the Magistrate Judge filed on April 8, 2016 (Doc. #35). There being no timely objection to the Recommendation, and after a *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the plaintiff.

5. Final Judgment will be entered in accordance with this order.

DONE this 2nd day of May, 2016.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE